IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Charles St. John, LLC,                  :
                    Appellant           :
                                        :
          v.                            :
                                        :
Matamoras Borough Council               :
                                        :
          v.                            :
                                        :
Pareshkumar Patel                       :          No. 1284 C.D. 2022

**PER CURIAM**                  **O R D E R**

NOW, July 29, 2024, having considered Appellant's application for reargument, the application is DENIED.